THE MAYOR, ETC., OF THE CITY OF NEW YORK, Plaintiff, *v.*
FRANK A. BIGELOW, Defendant.

MOTION for leave to appeal to the Court of Appeals.

*Robert C. Taylor*, for motion.

*James R. Angel*, opposed.

*Per Curiam.* Of the correctness of the decision made by this General Term we have no doubt, and it is not questioned by the plaintiff on this application. The language of the statute under consideration is exceedingly plain and was followed by the court in its decision. There is no question in the case which warrants the submission of this controversy to the Court of Appeals.

Motion denied, without costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, without costs.